**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **IN RE APPLICATION OF THE WASHINGTON POST TO UNSEAL JUDICIAL RECORDS RELATED TO SEALED PROCEEDING(S)** | Misc. Action No. _____ |

## THE WASHINGTON POST'S MOTION TO INTERVENE AND UNSEAL

By and through undersigned counsel, WP Company LLC d/b/a *The Washington Post* (the "*Post*") respectfully moves this Court for leave to intervene for the limited purpose of seeking access to certain judicial records – related to federal law enforcement officers' fatal shooting of an unarmed Virginia resident in 2017 – that are presumptively public pursuant to the First Amendment and the common law. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, and a proposed order is attached.

Dated: June 2, 2026

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Charles D. Tobin*
Charles D. Tobin
Maxwell S. Mishkin (*pro hac vice* forthcoming)
1909 K Street NW, 12th Floor
Washington, DC 20006
T: (202) 661-2200 | F: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Isabella Salomão Nascimento (*pro hac vice* forthcoming)
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
T: (612) 371-3281 | F: (612) 371-3207
salomaonascimentoi@ballardspahr.com

*Counsel for The Washington Post*