**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| **IN RE APPLICATION OF THE WASHINGTON POST TO UNSEAL JUDICIAL RECORDS RELATED TO SEALED PROCEEDING(S)** | Misc. Action No. 1:26-mc-14 |

## [PROPOSED] ORDER

This matter came before the Court on Motion to Intervene and Unseal filed by WP Company LLC d/b/a/ The Washington Post (the "Post"). Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Post's request for limited intervention is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the Post's motion to unseal is GRANTED.

The Clerk of Court is directed to unseal and place on the public docket the following records: _____.

IT IS SO ORDERED.


Dated: _____          _____
                                  United States District Judge