UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>ALEXANDRIA</u> DIVISION

IN RE APPLICATION OF THE
WASHINGTON POST TO UNSEAL
JUDICIAL RECORDS RELATED TO
SEALED PROCEEDING(S)

Civil/Criminal Action No. 1:26-mc-14

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
WP Company LLC d/b/a The Washington Post
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
WP Company LLC d/b/a The Washington Post is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and
does not have any outstanding securities in the hands of the public.

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

06/02/2026

_____
Date

/s/Charles D. Tobin
_____
Signature of Attorney or Litigant
Counsel for The Washington Post