**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

IN RE:  APPLICATION OF THE          )
WASHINGTON POST TO UNSEAL          )          Misc. Action No. 1:26mc14
JUDICIAL RECORDS RELATED TO        )
SEALED PROCEEDING(S)               )
                                   )
_____   )

## JOINT MOTION TO REPLACE DOCKET ENTRIES AND UNSEAL

The parties to this miscellaneous action, through their undersigned counsel, hereby move this Court to replace the materials on two dockets with redacted versions of those same materials and then to unseal those two dockets.  The good cause for this relief is as follows:

1.      In this miscellaneous action, movant WP Company LLC has filed a motion that seeks to allow it to intervene and have certain materials in this Court's records unsealed.  Without providing detailed information in this public filing that would reveal the nature of those sealed materials, these materials relate to a previous law enforcement investigation and consist of two separate dockets.  The Clerk's Office previously provided undersigned counsel with the materials that appear on one of these docket, and federal law enforcement officials have provided undersigned counsel with the materials that appear on the other.[1]

2.      In an effort to resolve this miscellaneous action without extensive judicial intervention, and pursuant to this Court's recent order (Dkt. No. 12), undersigned counsel provided movant's counsel with copies of the relevant docket entries with targeted redactions representing the limited information that the United States believed should remain under seal. After review, movant has agreed not to challenge the United States' targeted redactions.

_____

[1]The Clerk's Office has explained to undersigned counsel that it could not provide the materials that appear on the second docket because those materials have been destroyed as a result of a routine purge of older records (*i.e.*, over five years old).

3.      As noted in a previous filing in this miscellaneous action, (Dkt. No. 11), Magistrate Judge Buchanan previously sealed these two dockets based on law enforcement-related confidentiality.  Although the United States does not believe that these law enforcement-related grounds continue to require these materials to remain under seal, the limited information identified in its targeted redactions – which represent personal identifiers and a docket that remains under seal in the United States District Court for the District of Columbia – should remain shielded from public view.  The continued sealing of this limited information does not prevent the public from understanding the gravamen of the two dockets at issue and thus does not represent an undue restriction on the public's access to proceedings before this Court.

4.      Accordingly, the parties respectfully request an order that directs the Clerk of this Court to replace the materials currently on the one remaining docket (bearing the moniker "SW") with the redacted materials that – given the currently-sealed nature of that dockets – have been filed as "Sealed Exhibit A" to this motion, and then, only after this replacement has occurred, to unseal that docket.  Given that the second docket (bearing the moniker "EC") no longer exists, the parties further respectfully request an order that will place the redacted materials filed as "Sealed Exhibit B" to this motion on the public docket of *this* miscellaneous action.  That will bring this miscellaneous action to its terminus.

5.      A proposed order has been attached to this motion for the convenience of this Court.

Respectfully submitted,


_____/s/_____
Charles D. Tobin
Ballard Spahr LLP
1909 K Street, N.W., 12th Floor
Washington, D.C.  20006
Tel:  (202) 661-2200
Fax:  (202) 661-2299
Email:  tobinc@ballardspahr.com

Attorneys for WP Company LLC

Todd Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney


_____/s/_____
Dennis C. Barghaan, Jr.
Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3891
Fax:    (703) 299-3983
Email: dennis.barghaan@usdoj.gov

Attorneys for the United States

Date:  July 21, 2026

3